IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FERDINAN MELENDEZ,

**Plaintiff,**

v.

**WEST AMERICAN**
**INSURANCE COMPANY**
**and TIMOTHY PITCHER,**

**Defendants.**   No. 02-CV-0558-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion to dismiss the Third Amended Complaint against Defendant West American Insurance Company, instanter (Doc. 51). Plaintiff also requests leave to file a Fourth Amended Complaint. Said motion is **GRANTED**. The Court **DISMISSES with prejudice** Western American Insurance Company. Further, the Court **ORDERS** Plaintiff to file his Fourth Amended Complaint *instanter*.

**IT IS SO ORDERED.**

Signed this 12th day of July, 2005.

/s/   David RHerndon
**United States District Judge**