# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **FERDINAN MELENDEZ,** | ) |
| **Plaintiff(s),** | ) |
| vs. | ) No.  02-CV-558 DRH |
| **TIMOTHY J. PITCHER, et al,** | ) |
| **Defendant(s).** | ) |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This  7th  day of  June , 2006.

/s/          David  RHerndon
**UNITED STATES DISTRICT JUDGE**