IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FERDINAN MELENDEZ,

    Plaintiff,

vs.                               No. 02-C-0558 DRH

TIMOTHY J. PITCHER,

    Defendant.

## ORDER

Pursuant to the Stipulation for Dismissal filed in this case, the plaintiff's cause of action against Defendant Timothy J. Pitcher is **DISMISSED** with prejudice and without costs to either party.

**IT IS SO ORDERED.**

DATED: This   5th   day of    July   , 2006.

                                            /s/          David  RHerndon
                                        **UNITED STATES DISTRICT JUDGE**