IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FERDINAN MELENDEZ,

    Plaintiff,

vs.                                                            Cause No. 02-C-558 DRH

TIMOTHY J. PITCHER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

                                                                     **SOFRON B. NEDILSKY, CLERK**

July 5, 2006                                      By:  s/Patricia Brown
                                                                  Deputy Clerk

APPROVED: /s/ David R Herndon
               **U.S. DISTRICT JUDGE**